Jeff Bryant and Jeff Bryant, Jr., Appellants, v. Metropolitan Motorists Association and Henry W. Hammond, Appellees.

Gen. No. 47,730.

First District, First Division.

October 26, 1959.

Rehearing denied November 18, 1959.

Released for publication November 18, 1959.

Brooks and Gordon (Gilbert Gordon, of counsel) for plaintiffs-appellants; McCoy, Ming, and Leighton (George N. Leighton, of counsel) for defendants-appellees. Opinion by JUSTICE McCORMICK. Not to be published in full.